JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL D. PUNSALAN and ERNANEY B. PUNSALAN,<br><br>          Plaintiff,<br><br>     v.<br><br>NEW CENTURY MORTGAGE CORPORATION; HOME EQ SERVICING COMPANY; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; and DOES 1 TO 100, inclusive,<br><br>          Defendants. | Case No. EDCV 09-378-VAP (CTx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 17, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge